Christopher E. Hanba (*pro hac vice pending*)
Email: chanba@dickinson-wright.com
Joshua G. Jones (*pro hac vice pending*)
Email: jjones@dickinson-wright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

Jonathan D. Baker (CA Bar No. 196062)
jdbaker@dickinson-wright.com
DICKINSON WRIGHT RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Telephone: (408) 701-6200

***Attorneys for Plaintiff***
***Jonathan E. Jaffe***

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN E. JAFFE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRUEPIC, INC.,<br>a Delaware corporation,<br><br>Defendant. | Case No. **'23CV1411 BEN MSB**<br><br>**PLAINTIFF JONATHAN E. JAFFE'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Jonathan E. Jaffe ("Jaffe") files this Complaint for Patent Infringement and Demand for Jury Trial against Truepic, Inc. ("Truepic") for infringement of United States Patent No. 6,757,828 (the "'828 Patent").

**THE PARTIES**

1. Plaintiff Jonathan E. Jaffe is an individual who currently resides in Gallatin, TN.

2. Defendant is a Delaware corporation with its principal place of business located at 402 W. Broadway, Ste. 400, San Diego, CA 92101.

1

PLAINTIFF'S ORIGINAL COMPLAINT                                                                                           CASE NO. _

**JURISDICTION AND VENUE**

3. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, including 35 U.S.C. §§ 154, 271, 281, and 283-285.

4. This Court has exclusive subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338.

5. Truepic is subject to the general and specific personal jurisdiction of this Court, based upon its regularly conducted business in the State of California and in the Southern District of California ("District"), including conduct giving rise to this action including at least by making, using, offering to sell, selling, or putting into service the accused products, systems, or services within the District, thus committing, acts of infringement within the District, and placed infringing products, systems, or services into the stream of commerce knowing or understanding that such products, systems, or services would be used in the Southern District of California.

6. Venue is proper in this Court under 28 U.S.C. §§ 1400(b) because a substantial part of the events or omissions giving rise to these claims occurred in this district and because Truepic has a regular and established place of business in this District as its headquarters are located in this District.

**THE '828 PATENT**

7. Mr. Jaffe is the co-inventor and owner of United States Patent No. 6,757,828 (the "'828 Patent") titled "Indigenous authentication for sensor-recorders and other information capture devices" including the right to sue for all past infringement. A true and correct copy of the '828 Patent is attached at Exhibit A.

8. The '828 Patent issued from U.S. Patent Application No. 09/626,044 filed on July 27, 2000.

9. The Patent Office issued the '828 Patent on June 29, 2004, after a full and fair examination.

10. The '828 Patent was valid until its expiration on July 3, 2022.



11. The '828 Patent relates to a method and apparatus for acquiring and recording a sample of an environment in order to provide authentication for sensor-recorders and other information capture devices.

12. The inventors of the '828 Patent recognized that, in digital environments, there is great potential for alteration of images, data files, and audio and video recordings. Indeed this problem has become even more pronounced in recent years with the increase in generative artificial intelligence.

13. The '828 Patent provides several advantages over the prior art because the invention does not require that one know which device was used to create a digital file prior to authenticating a given digital file and, additionally, encryption is not required for authentication which decreases manufacturing costs for information storage devices.

14. The '828 Patent describes and claims a specific way to authenticate digital files by using aspects of the environment in which the digital file was created such as date, time, latitude, longitude, altitude, roll, pitch, yaw, and compass heading.

15. Claim 1 of the '828 Patent reads:

1. A method for authenticating a data stream stored in a data file in memory, said method comprising the steps of:
storing a data stream in a data file in a memory;
utilizing a sensor, which is tightly coupled to said memory, to generate at least one internal and unique parameter;
monitoring the integrity of the tight coupling between said memory and said sensor when said at least one internal and unique parameter is generated, and, if said integrity is compromised, then also providing an indication of said compromised integrity;
utilizing a signature protocol to generate a first signature based on said data stream and said at least one parameter, said first signature being generated without altering said data stream and being appended to said data file in said memory;
utilizing said signature protocol to generate a second signature based on said image;
comparing said first signature to said second signature,
if said first and second signatures are not the same, then generating an error signal that is displayed to a user to indicate that said stored data stream is not authentic, and
if said first and second signatures are the same, then generating an ok signal that is displayed to a user to indicate that said stored data stream is authentic.



3

PLAINTIFF'S ORIGINAL COMPLAINT                                      CASE NO. _

**TRUEPIC**

16. Upon information and belief, Truepic is a software company founded in 2015 and based in San Diego, CA.

17. Upon information and belief, Truepic's headquarters and lone office is in San Diego, CA.

18. Upon information and belief, Truepic had revenue of over $5 million in 2022 and raised over $26 million in series B funding from investors such as Adobe and Microsoft in 2021.

19. Upon information and belief, Truepic considers itself a leader in digital image authentication technology.

**COUNT I– INFRINGEMENT OF**

**THE '828 PATENT**

20. Mr. Jaffe repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

21. Truepic makes, uses, offers to sell, and sells in the United States products, including the Controlled Capture Provenance Technology and contributes to the Content Authenticity Initiative which is a standard for digital content provenance (the "Accused Products").

> **Pioneering provenance-based media authentication**
>
> Truepic's industry-leading Controlled Capture provenance technology ensures the integrity of photos and videos from the point of capture, creating a new breed of media files whose authenticity can be cryptographically proven to viewers.

Truepic Controlled Capture Technology, https://truepic.com/technology/

> **The Content Authenticity Initiative**
>
> **SCALING PROVENANCE TECHNOLOGY: ADOPTION**
>
> Photos and videos are meant to be shared, and creativity with visual media should not be hindered. That's why it's important to create an open, scalable, widely adopted framework for media authentication that can provide viewers with full transparency about the provenance of the media they're viewing, and any edits done to it.
>
> The Content Authenticity Initiative, founded by Adobe, Twitter, and the New York Times, aims to create the first open standard for digital content attribution. All cameras, creative tools, apps, and online platforms that adopt the CAI specification can maintain and display a transparent, cryptographically-assured chain of custody of any CAI-compliant piece of content from its provenance.
>
> Truepic is a collaborator and active contributor to the CAI, and has helped write the technical specification for the emerging standard. Photos and videos created using Truepic's Controlled Capture 2.0 technology are CAI compliant.

Truepic Foresight collaboration with Qualcomm Snapdragon 888 5G mobile platform,

https://truepic.com/technology/

22.   The Accused Products employ a method for authenticating a data stream stored in a data file in memory.

Truepic Foresight collaboration with Qualcomm Snapdragon 888 5G mobile platform, https://truepic.com/technology/

23. The Accused Products store a data stream in a data file memory.



PLAINTIFF'S ORIGINAL COMPLAINT                                                                                    CASE NO. _



Truepic Vision, https://truepic.com/truepic-vision/

24. The Accused Products utilize a sensor, which is tightly coupled to said memory, to generate at least one internal and unique parameter.

PLAINTIFF'S ORIGINAL COMPLAINT                                              CASE NO. _



Qualcomm Snapdragon 888 5G Mobile Platform,
https://www.qualcomm.com/products/features/mobile-security

25. The Accused Products monitor the integrity of the tight coupling between said memory and said sensor when said at least one internal and unique parameter is generated, and, if said integrity is compromised, then also providing an indication of said compromised integrity.

### Advanced camera biometrics can safeguard sensitive data.

Camera Security is a hardware-based authentication feature for camera-based biometrics that protects imaging data against malware attacks. Eye-based authentication can utilize secure camera to provide strong security, designed to protect the link between the camera and the processor. Biometric authentication is only as secure as the physical inputs and sensors used to gather it. Camera security is engineered to isolate the data received from the camera and securely store it in hardware, safeguarding against untrusted applications and processes. It is designed to allow only the correct person to access the device's secure information, helping to deliver a protected authentication method for making payments and conducting safe transactions.

Qualcomm Snapdragon 888 5G Mobile Platform,
https://www.qualcomm.com/products/features/mobile-security



PLAINTIFF'S ORIGINAL COMPLAINT                                                                    CASE NO. _

26. The Accused Products utilize a signature protocol to generate a first signature based on said data stream and said at least one parameter, said first signature being generated without altering said data stream and being appended to said data file in said memory.



Truepic Technology, https://truepic.com/technology/

Content Authentication Initiative, https://static1.squarespace.com/static/5e531aad6e028a2ed29c3e49/t/5f27fc6c0aec8e324025453f/1596456047676/CAI_WhitePaper_v1_0.pdf

27.  The Accused Products utilize the signature protocol to generate a second signature based on the said data stream.

Content Authentication Initiative, https://static1.squarespace.com/static/5e531aad6e028a2ed29c3e49/t/5f27fc6c0aec8e324025453f/1596456047676/CAI_WhitePaper_v1_0.pdf

28.  The Accused Products compare the first and the second signature.

Content Authentication Initiative, https://static1.squarespace.com/static/5e531aad6e028a2ed29c3e49/t/5f27fc6c0aec8e324025453f/1596456047676/CAI_WhitePaper_v1_0.pdf

29. When the Accused Products compare the first and second signatures, if the signatures are not the same, an error is signaled to the user to show the stream is not authentic, if the signatures are the same, then an OK signal is generated to indicate to the user the stream is authentic.

1. A capture device captures an image and concurrently creates a set of assertions about the image such as capture location, equipment details, identity of the user, and perhaps a representative thumbnail. These assertions are embedded in the asset.
2. A claim, referring to the set of assertions and including a hash of the image, is created and cryptographically signed by a trusted signing authority on behalf of the user. The claim is then embedded into the image and a reference to it stored in the asset's metadata (see "Figure 1: Creating a Claim").
3. The image, with its attached claim, is imported into an editing tool. The prior claim is verified (see "Figure 2: Validating Claims"), such that upon successful verification its assertions and claims can be carried forward as the image's history is accumulated.
4. As edits are made, additional assertions are captured and stored in a cloud service. Upon image export, these are gathered together as part of a second claim along with the hash of the updated image. A URL to the claim is stored in the asset's metadata. This new claim (which is also stored in the cloud) refers to the prior claim, therefore ensuring that all assertions from both claims are accessible via the exported image without any link to the prior version of the image.
5. The edited image, with its CAI metadata attached, is shared on a platform.
6. A content consumer encounters the image on the Web via a CAI-enabled viewing experience and sees a visual indication that CAI claims are present.
7. Finally, the content consumer interacts with the visual indicator to learn about the image's history. The most recent claim is retrieved and verified along with the entire chain of claims and their component assertions (see "Figure 2: Validating Claims"). The assertions are displayed to the viewer in a clear, time-ordered user experience depicting the image's claim history from inception to display.

Content Authentication Initiative, https://static1.squarespace.com/static/5e531aad6e028a2ed29c3e49/t/5f27fc6c0aec8e324025453f/1596456047676/CAI_WhitePaper_v1_0.pdf

30. Truepic has directly infringed the '828 Patent in violation of 35 U.S.C. § 271(a) by making, using, offering for sale, and selling the Accused Products that embody the patented inventions of at least claim 1 of the '828 Patent.

11

PLAINTIFF'S ORIGINAL COMPLAINT                                                                    CASE NO. _

31. Truepic's infringing products include at least the Controlled Capture Provenance Technology and its products adhere to the Content Authenticity Initiative and other products with the same or similar functionality that satisfy each element of one or more asserted claims.

32. The Accused Products satisfy each and every element of each asserted claim of the '828 Patent either literally or under the doctrine of equivalents.

33. Truepic's infringing activities are and have been without authority or license under the '828 Patent.

## JURY DEMAND

Mr. Jaffe hereby respectfully demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

WHEREFORE, Mr. Jaffe prays for relief against Truepic as follows:

(A) An entry of judgment that Truepic has infringed one or more claims of each of the Patents-in-Suit;

(B) An order awarding damages sufficient to compensate Mr. Jaffe for Truepic's infringement of the Patents-in-Suit, in no event less than a reasonable royalty, together with interest and costs;

(C) An accounting of all infringing sales and revenues of Truepic, together with post judgment interest and prejudgment interest from the first date of infringement of the '828 Patent;

(D) Such further and other relief as the Court may deem proper and just.

Dated: August 3, 2023

Respectfully submitted,

DICKINSON WRIGHT RLLP

By: /s/ Jonathan D. Baker
Jonathan D. Baker



Christopher E. Hanba (*pro hac vice pending*)
Email: chanba@dickinson-wright.com
Joshua G. Jones (*pro hac vice pending*)
Email: jjones@dickinson-wright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone:  (512) 770-4200
Facsimile:  (844) 670-6009

Jonathan D. Baker (CA Bar No. 196062)
jdbaker@dickinson-wright.com
DICKINSON WRIGHT RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Telephone:  (408) 701-6200

Ariana D. Pellegrino (*pro hac vice pending*)
Email: apellegrino@dickinson-wright.com
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
Telephone:  313-223-3500

*Attorneys for Plaintiff*
*Jonathan E. Jaffe*



JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jonathan E. Jaffe, an individual

**DEFENDANTS**
Truepic, Inc., a Delaware corporation

**(b)** County of Residence of First Listed Plaintiff: Sumner County, Tennessee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Christopher E. Hanba, Dickinson Wright PLLC,
607 W. 3rd Street, Suite 2500, Austin, TX 78701; Tel.: 512-770-4200

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [X] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C., §§ 154, 271, 281, and 283-285

Brief description of cause:
Infringement of U.S. Patent No. 6,757,828

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: August 3, 2023

SIGNATURE OF ATTORNEY OF RECORD: /s/ Christopher E. Hanba

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  (b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  (c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.