Christopher E. Hanba (*pro hac vice pending*)
Email: chanba@dickinson-wright.com
Joshua G. Jones (*pro hac vice pending*)
Email: jjones@dickinson-wright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

Jonathan D. Baker (CA Bar No. 196062)
jdbaker@dickinson-wright.com
DICKINSON WRIGHT RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Telephone: (408) 701-6200

*Attorneys for Plaintiff*
*Jonathan E. Jaffe*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN E. JAFFE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRUEPIC, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:23-cv-01411-JO-MSB<br><br>**PLAINTIFF JONATHAN E. JAFFE'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Jonathan E. Jaffe, hereby provides notice of his voluntary dismissal of this action without prejudice. Defendant has not yet answered the Complaint or moved for summary judgment.



| | | |
|---|---|---|
| Dated: November 6, 2023 | | Respectfully submitted, |
| | | DICKINSON WRIGHT RLLP |
| | By: | /s/ Jonathan D. Baker |
| | | Jonathan D. Baker (CA Bar No. 196062) |

Christopher E. Hanba (*pro hac vice pending*)
Email: chanba@dickinson-wright.com
Joshua G. Jones (*pro hac vice pending*)
Email: jjones@dickinson-wright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone:  (512) 770-4200
Facsimile:  (844) 670-6009

Jonathan D. Baker (CA Bar No. 196062)
jdbaker@dickinson-wright.com
DICKINSON WRIGHT RLLP
615 National Avenue, Suite 220
Mountain View, CA 94043
Telephone:  (408) 701-6200

Ariana D. Pellegrino (*pro hac vice pending*)
Email: apellegrino@dickinson-wright.com
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
Telephone:  313-223-3500

*Attorneys for Plaintiff*
*Jonathan E. Jaffe*



**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on November 6, 2023, via the Court's CM/ECF system.

By: */s/ Jonathan D. Baker*
Jonathan D. Baker (CA Bar No. 196062)